[No. 2432–3. Division Three. November 8, 1978.]

*In the Matter of the Marriage of* STEVEN J. GIAMBERARDINI, *Respondent, and* PEGGY L. GIAMBERARDINI, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 31707, Fred R. Staples, J., entered April 28, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Roe, JJ.

[No. 2992–2. Division Two. November 9, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD LEE MILES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 50853, Waldo F. Stone, J., entered˙ June 22, 1977. *Dismissed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.

[No. 4735–1. Division One. November 13, 1978.]

JANET L. MARTIN, *Respondent,* v. WALLACE M. MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 113545, John E. Rutter, Jr., J., entered July 7, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, A.C.J., and Ringold, J.